IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEREMIAH LEE STUMP,** ) | Civil Action No. 7:12-cv-00300 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **COMMONWEALTH OF VIRGINIA,** ) | By: | Hon. Michael F. Urbanski |
| Respondent. ) | | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for an extension of time is **DENIED** for lack of jurisdiction and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: July 12, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge